IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION

| | | |
|---|---|---|
| OCCUPY CINCINNATI, An Unincorporated Association, Et Al., | : : : | Case No. 1:11cv727 Judge Dlott |
| Plaintiffs, | : | |
| V. | : | |
| CITY OF CINCINNATI Et Al., | : | |
| Defendants. | : | |

*Denied as moot*
*Susan J. Dlott*
*10/21/11*

## PLAINTIFFS' MOTION FOR
## TEMPORARY RESTRAINING ORDER
## (WITH ATTACHED AFFIDAVITS OF SHERRY BARON, ROBERT PACE
## MICHAEL BURNHAM AND COULTER LOEB)

Come now Plaintiffs Occupy Cincinnati, *Et Al.*, by and through counsel, and respectfully move the Court pursuant to Fed. R. Civ. P. 65 for an Order temporarily restraining Defendants City of Cincinnati, the Cincinnati Parks Board, the Cincinnati Police Department, and Chief James Craig and Director Willie Carden, both in their official capacities, from enforcing Cincinnati Parks Board Rule 21 ("P.B.R. 21") against Plaintiffs by issuing criminal citations to and/or effectuating arrests of the Occupy Cincinnati protestors located at Piatt Park in downtown Cincinnati. This motion is supported by the attached memorandum of law and the Affidavits of Sherry Baron, Robert Pace, Michael Burnham, and Coulter Loeb).